FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN HAERING,<br><br>        Plaintiff,<br><br>    v.<br><br>WSP USA INC., a foreign profit corporation; AETNA HEALTH MANAGEMENT, LLC, dba Aetna Life Insurance Company, a foreign limited liability company; THE RAWLINGS COMPANY, LLC, dba The Rawlings Company, a foreign limited liability company,<br><br>        Defendant. | No. 2:25-CV-00262-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 23. Plaintiff is represented by Brandon Casey and Erin Dyer. Defendants are represented by Doreen Fadaeiforghan and Joshua M. Howard.

    The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

**ORDER OF DISMISSAL * 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 3rd day of December 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** * 2